# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| ERIC S. DELANEY and<br>JAIME D. DELANEY, | Case # 23-20377-GLT |
| Debtor | Chapter 13 |
| ERIC S. DELANEY, | |
| Movant | |
| v. | |
| No Respondent | |

## VERIFICATION OF INCOME

AND NOW comes the Debtor, by and through his attorney, Christian M. Rieger, Esquire, and submits the following verification of income pursuant to Local Rule 1007-4:

1.   Debtor verifies that he has had no income from any source for the pre-petition six (6) month period.

Date:   3/7/2023

Respectfully submitted,

  /s/ Eric S. Delaney
Eric S. Delaney,
Debtor