**Sunny Days in Home Care LLC**
88 Center Church Rd
McMurray, PA 15317

paylocity

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | February 10, 2023 | 12876 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| The Bancorp Bank | C | ***2936 | 17.93 |
| **Total Direct Deposits** | | | **17.93** |

148511    CARE-CGV    234965    12876    12889    **148511**

**Jaime Delaney**
209 1st Street
Butler, PA  16001

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Sunny Days in Home Care LLC

**Jaime Delaney**    **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **234965** | Fed Taxable Income | **22.60** | Check Date    **February 10, 2023**    Voucher Number    **12876** |
| Location | **CARE-CGV** | Fed Filing Status | **M** | Period Beginning    **January 22, 2023**    Net Pay    **17.93** |
| Hourly | **$0.00** | State Filing Status | **M-0** | Period Ending    **February 4, 2023**    Total Hours Worked    **2.00** |

| **Earnings** | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Regular | 11.30 | 2.00 | 22.60 | 22.60 |
| **Gross Earnings** | | **2.00** | **22.60** | **22.60** |

| **Taxes** | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 0.00 | 0.00 |
| MED | | | 0.33 | 0.33 |
| PA | | | 0.69 | 0.69 |
| PA-631101 | | | 0.23 | 0.23 |
| PA-PET5 | | | 2.00 | 2.00 |
| PASUI-E | | | 0.02 | 0.02 |
| SS | | | 1.40 | 1.40 |
| **Taxes** | | | **4.67** | **4.67** |

| **Deductions** | Amount | YTD |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | Type | Account | Amount |
|---|---|---|---|
| The Bancorp Bank | C | ***2936 | 17.93 |
| **Total Direct Deposits** | | | **17.93** |

Sunny Days in Home Care LLC | 88 Center Church Rd  McMurray, PA 15317 | (724) 260-5186 | FEIN: 27-4019442 | PA: 82-26627

**Sunny Days in Home Care LLC**
88 Center Church Rd
McMurray, PA 15317

paylocity

Direct Deposit Advice

**Check Date**  **Voucher Number**
February 24, 2023  13345

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| The Bancorp Bank | C | ***2936 | 224.77 |
| **Total Direct Deposits** | | | **224.77** |

148511    CARE-CGV    234965    13345    13340        **148511**

**Jaime Delaney**
209 1st Street
Butler, PA  16001

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Sunny Days in Home Care LLC

**Jaime Delaney**                                                                                   **Earnings Statement**

| Employee ID | **234965** | Fed Taxable Income | **257.08** | Check Date | **February 24, 2023** | Voucher Number | **13345** |
| Location | **CARE-CGV** | Fed Filing Status | **M** | Period Beginning | **February 5, 2023** | Net Pay | **224.77** |
| Hourly | **$0.00** | State Filing Status | **M-0** | Period Ending | **February 18, 2023** | Total Hours Worked | **22.75** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Regular | 11.30 | 22.75 | 257.08 | 279.68 |
| **Gross Earnings** | | **22.75** | **257.08** | **279.68** |

| **Taxes** | **Amount** | **YTD** |
|---|---|---|
| FITW | 0.00 | 0.00 |
| MED | 3.73 | 4.06 |
| PA | 7.89 | 8.58 |
| PA-631101 | 2.57 | 2.80 |
| PA-PET5 | 2.00 | 4.00 |
| PASUI-E | 0.18 | 0.20 |
| SS | 15.94 | 17.34 |
| **Taxes** | **32.31** | **36.98** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| The Bancorp Bank | C | ***2936 | 224.77 |
| **Total Direct Deposits** | | | **224.77** |

Sunny Days in Home Care LLC | 88 Center Church Rd  McMurray, PA 15317 | (724) 260-5186 | FEIN: 27-4019442 | PA: 82-26627