**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Eric S. Delaney                          CHAPTER 13
        Jamie D. Delaney
               Debtor(s)                           BKY. NO. 23-20377 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                             Respectfully submitted,

                             **Brian C. Nicholas**
                             Brian Nicholas
                             06 Mar 2023, 15:14:21, EST

                             Brian C. Nicholas, Esq. (317240) ☑
                             Denise Carlon, Esq. (317226) ☐
                             KML Law Group, P.C.
                             BNY Mellon Independence Center
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106
                             412-430-3594
                             bkgroup@kmllawgroup.com