## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    ERIC S. DELANEY and
    JAIME D. DELANEY,

             Debtor

---

ERIC S. DELANEY and
JAIME D. DELANEY,

             Movant

    v.

RONDA J. WINNECOUR, Trustee,
Office of the U.S. Trustee,
Bayview Loan Services,
Butler Area Sewer Authority,
Collection Service Center, Kohl's,
Midland Funding, PA American Water,
PayPal Credit, Target, Verizon Wireless,
West Penn Power,

             Respondents

Case 23-20377-GLT

Chapter 13

Related doc: 22

### NOTICE OF HEARING WITH RESPONSE DEADLINE
### ON MOTION OF DEBTOR TO EXTEND AUTOMATIC STAY

TO THE RESPONDENT:

    You are hereby notified that the above Movant seeks an Order affecting your rights and property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **MARCH 27, 2023**, i.e., seventeen[17] days after the date of the service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at ***www.pawb.uscourts.gov***. If you fail to timely respond, the Motion may be granted by the Court by default without a Hearing.

    You should take this to your lawyer at once.

    An in-person hearing will be held on WEDNESDAY, APRIL 5, 2023, at 10:30 am. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form 2 via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures,

(which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). Parties who fail to timely register for remote participation will be expected to attend the hearing in person. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

| | |
|---|---|
| March 8, 2023 | /s/Christian M. Rieger |
| Date of Service | Christian M. Rieger, Esq.-307037 |
| | 2403 Sidney Street |
| | Suite 214 |
| | Pittsburgh, PA 15203 |
| | (412) 381-8809 |
| | (412) 381-4594 (fax) |
| | criegerlaw@gmail.com |