## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    ERIC S. DELANEY and
    JAIME D. DELANEY,

               Debtor

_____
ERIC S. DELANEY and
JAIME D. DELANEY,

               Movant

               v.

RONDA J. WINNECOUR, Trustee,
Office of the U.S. Trustee,
Bayview Loan Services,
Butler Area Sewer Authority,
Collection Service Center, Kohl's,
Midland Funding, PA American Water,
PayPal Credit, Target, Verizon Wireless,
West Penn Power,

               Respondents

Case 23-20377-GLT

Chapter 13

Related doc: 22-23
Hrg: 4/5/2023, 10:30AM
Responses: 3/27/2023

### CERTIFICATE OF NO OBJECTION TO
### MOTION TO EXTEND AUTOMATIC STAY

      I, the undersigned, hereby certify that, having served or caused to be served, a copy of the Debtor's Motion to Extend Automatic Stay to All Creditors, proposed Order, and Scheduling Notice on the Respondents as shown on the Certificate of Service filed herein, and as of **March 27. 2023**, the response/objection due date, that I have received no response except ____n/a_____ .

Method of Service: Mail XX ;

               Respectfully submitted,

                 /s/ Christian M. Rieger
               Christian M. Rieger, Esquire
               PA: 307037
               2403 Sidney Street
               Suite 214
               Pittsburgh, PA 15203
               (412) 381-8809
               (412) 381-4594 (fax)
               criegerlaw@gmail.com

DATE: March 28, 2023