Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 23−20377−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eric S Delaney | Jaime D Delaney |
| 209 1st Street | 209 1st Street |
| Butler, PA 16001 | Butler, PA 16001 |

Social Security No.:
xxx−xx−1396                     xxx−xx−0677

Employer's Tax I.D. No.:

| | |
|---|---|
| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
| Christian M Rieger | Ronda J. Winnecour |
| Law Office of Christian M. Rieger | Suite 3250, USX Tower |
| 2403 Sidney Street | 600 Grant Street |
| Suite 214 | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15203 | Telephone number:  412−471−5566 |
| Telephone number:  412−381−8809 | |

| | |
|---|---|
| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
| May 1, 2023 | May 1, 2023 |
| 09:00 AM | 09:00 AM |
| remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com | remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 4/4/23

BY THE COURT

Gregory L Taddonio
Chief Bankruptcy Jud

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 23-20377-GLT

Eric S Delaney | Chapter 13

Jaime D Delaney

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                 User: auto                         Page 1 of 3

Date Rcvd: Apr 04, 2023             Form ID: rsc13                   Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric S Delaney, Jaime D Delaney, 209 1st Street, Butler, PA 16001-4720 |
| 15573284 | + | PA American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15574415 | + | PENNSYLVANIA AMERICAN WATER, PO BOX 2798, CAMDEN, NJ 08101-2700 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2023 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2023 23:35:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 04 2023 23:45:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 04 2023 23:35:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15573278 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 04 2023 23:35:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15573279 | + | Email/Text: vferderber@basapa.org | Apr 04 2023 23:35:00 | Butler Area Sewer Authority, 100 Litman Road, Attn: Bankruptcy, Butler, PA 16001-3294 |
| 15574490 | + | Email/Text: bankruptcy@cavps.com | Apr 04 2023 23:35:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15573280 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 04 2023 23:35:00 | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15573281 | ^ | MEBN | Apr 04 2023 23:32:47 | KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 15573282 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 04 2023 23:35:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15585694 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2023 23:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15573283 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2023 23:35:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15576657 | + | Email/Text: ebnpeoples@grblaw.com | Apr 04 2023 23:35:00 | Peoples Natural Gas Company LLC, GRB Law, |

District/off: 0315-2                     User: auto                                          Page 2 of 3
Date Rcvd: Apr 04, 2023                  Form ID: rsc13                             Total Noticed: 23

|           |                                                      |                     |                                                                                         |
|-----------|------------------------------------------------------|---------------------|-----------------------------------------------------------------------------------------|
|           |                                                      |                     | c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15573763  | + Email/PDF: gecsedi@recoverycorp.com                | Apr 04 2023 23:45:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15573285  | + Email/PDF: gecsedi@recoverycorp.com                | Apr 04 2023 23:45:07 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15573286  | + Email/Text: bncmail@w-legal.com                    | Apr 04 2023 23:35:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15573287  | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 04 2023 23:35:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 15573288  | + Email/Text: bankruptcy@firstenergycorp.com         | Apr 04 2023 23:35:00 | West Penn Power, P.O. Box 16001, Reading, PA 19612-6001 |
| 15573289  | + Email/Text: bankruptcy@firstenergycorp.com         | Apr 04 2023 23:35:00 | West Penn Power, 800 Cabin Hill Drive, ATTN: Bankruptcy, Greensburg, PA 15601-1689 |
| 15586128  | + Email/Text: bankruptcy@firstenergycorp.com         | Apr 04 2023 23:35:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr       |               | Lakeview Loan Servicing, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 06, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2023 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Christian M Rieger | on behalf of Joint Debtor Jaime D Delaney criegerlaw@gmail.com |
| Christian M Rieger | on behalf of Debtor Eric S Delaney criegerlaw@gmail.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com


TOTAL: 6