FILED
11/13/23 10:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Delaney, Jamie D. Delaney, Eric S.<br>               Debtor(s)<br><br>Lakeview Loan Servicing, LLC<br>               Movant<br>VS.<br><br>Delaney, Jamie D. Delaney, Eric S.<br><br><br>               Respondents | NO. 23-20377 GLT<br><br>13<br><br>Related to Docs: 45 & 52<br><br>Hearing Date: 11/15/2023 |

## ORDER

Upon consideration of the Motion filed by Lakeview Loan Servicing, LLC it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for November 15, 2023 at 9:00 a.m. is hereby continued for 30 days to December 13, 2023 at 10:30 AM via P01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh.

By the Court,

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

drb

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20377-GLT |
| Eric S. Delaney | Chapter 13 |
| Jaime D. Delaney | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eric S. Delaney, 209 1st Street, Butler, PA 16001-4720 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Christian M Rieger | on behalf of Joint Debtor Jaime D. Delaney criegerlaw@gmail.com |
| Christian M Rieger | on behalf of Debtor Eric S. Delaney criegerlaw@gmail.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Nov 13, 2023 Form ID: pdf900 Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7