FILED
3/11/25 12:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ERIC S. DELANEY and
JAIME D. DELANEY

Debtor(s).

_____

Case No. 23-20377-GLT

Chapter 13

Related to Doc: 67 & 70

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ❏ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by:  Debtor

- ❏ a motion to lift stay
    as to creditor  _____

- ❏ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated 3/7/2023
❏ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒   Debtor(s) Plan payments shall be changed from $1,282.00 to $1,482.00 per month, effective eff. March 2025.

[04/22]    -1-

❏     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏     Debtor(s) shall file and serve _____ on or before _____.

❏     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

✠     Other: _Per Order at ECF 67, Feb. 19, 2025, the sum of $96.83 monthly shall be distributed to Peoples Natural Gas Company (post petition account xxxx4257) for its administrative claim on postpetition utility service.

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 11th Day of March, 2025

Dated: March 11, 2025

The Hon. Gregory L. Taddonio
Chief Judge

Stipulated by:                                    Stipulated by:

/s/ Christian M. Rieger                           /s/ James Warmbrodt
Counsel to Debtor                                 Staff Attorney for the Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

[04/22]                                -3-

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20377-GLT |
| Eric S. Delaney | Chapter 13 |
| Jaime D. Delaney | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 11, 2025 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric S. Delaney, Jaime D. Delaney, 209 1st Street, Butler, PA 16001-4720 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2025 01:08:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 12 2025 02:30:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15573278 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 12 2025 02:30:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15573279 | + | Email/Text: vferderber@basapa.org | Mar 12 2025 02:29:00 | Butler Area Sewer Authority, 100 Litman Road, Attn: Bankruptcy, Butler, PA 16001-3294 |
| 15597131 | + | Email/Text: vferderber@basapa.org | Mar 12 2025 02:29:00 | Butler Area Sewer Authority, 100 Litman Rd, Butler, PA 16001-3294 |
| 15574490 | + | Email/Text: bankruptcy@cavps.com | Mar 12 2025 02:31:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15573280 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 12 2025 02:30:00 | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15573281 | ^ | MEBN | Mar 12 2025 00:31:24 | KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 15573282 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 12 2025 02:30:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15704855 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 12 2025 02:30:00 | Lakeview Loan Servicing, LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15595401 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 12 2025 02:30:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15585694 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2025 02:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15573283 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2025 02:30:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15573284 | + | Email/Text: csc.bankruptcy@amwater.com | Mar 12 2025 02:31:00 | PA American Water, P.O. Box 371412, Pittsburgh, |

Case 23-20377-GLT   Doc 74   Filed 03/13/25   Entered 03/14/25 00:30:05   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 11, 2025 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PA 15250-7412 |
| 15574415 | + | Email/Text: csc.bankruptcy@amwater.com | Mar 12 2025 02:31:00 | PENNSYLVANIA AMERICAN WATER, PO BOX 2798, CAMDEN, NJ 08101-2700 |
| 15576657 | + | Email/Text: ebnpeoples@grblaw.com | Mar 12 2025 02:30:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15573763 | ^ | MEBN | Mar 12 2025 00:31:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15573285 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 12 2025 01:08:40 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15573286 | + | Email/Text: bncmail@w-legal.com | Mar 12 2025 02:30:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15593219 | | Email/PDF: ebn_ais@aisinfo.com | Mar 12 2025 02:00:42 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15573287 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 12 2025 02:29:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 15573288 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 12 2025 02:30:00 | West Penn Power, P.O. Box 16001, Reading, PA 19612-6001 |
| 15573289 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 12 2025 02:30:00 | West Penn Power, 800 Cabin Hill Drive, ATTN: Bankruptcy, Greensburg, PA 15601-1689 |
| 15586128 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 12 2025 02:30:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2025   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christian M Rieger | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 11, 2025 | Form ID: pdf900 | Total Noticed: 25 |

on behalf of Joint Debtor Jaime D. Delaney criegerlaw@gmail.com

Christian M Rieger
    on behalf of Debtor Eric S. Delaney criegerlaw@gmail.com

Denise Carlon
    on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7