**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

      Case # 23-20377-GLT

    ERIC S. DELANEY and
    JAIME D. DELANEY,

      Chapter 13

      Debtor

_____

LAKEVIEW LOAN SERVICING LLC,    Related Claim: 7

      Movant

      v.

ERIC S. DELANEY and
JAIME D. DELANEY, and
Ronda J. Winnecour, Esq., Trustee,

      Respondents

## <u>DECLARATION THAT PAYMENT IS SUFFICIENT</u>

      The undersigned hereby declares that the existing Chapter 13 payment is sufficient to fund the Plan with the modified debt as entered on the Claims Register by the Movant.  The new monthly mortgage payment is **<u>$602.93</u>**, effective  **<u>March 1, 2026</u>**.

      Respectfully submitted,

        /s/ Christian M. Rieger
      Christian M. Rieger, Esquire
      PA: 307037
      2681 Sidney Street
      Pittsburgh, PA 15203
      (412) 381-8809
      criegerlaw@gmail.com

<u>Date: February 16, 2026</u>